UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                          Plaintiff,

          -against-

CITY OF NEW YORK (HRA), et al.,

                          Defendants.

19-CV-9500 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

By order dated October 16, 2019, the Court directed Plaintiff, within thirty days, to submit a completed amended request to proceed *in forma pauperis* ("amended IFP application") or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Clerk of Court is directed to assign this matter to my docket, transmit a copy of this order to Plaintiff,[1] and note service on the docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

---

[1] Plaintiff consents to receive electronic service.

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   December 6, 2019
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge